UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVAN PFEIFER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GERON CORPORATION, JOHN A. SCARLETT and OLIVIA K. BLOOM,<br><br>Defendants. | 2:20-cv-02424-SRC-CLW<br>**CLOSED** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kevan Pfeifer ("Plaintiff") voluntarily dismisses his claims in the above-captioned action against all Defendants without prejudice and without costs to any party.

DATED: March 19, 2020

**SO ORDERED: 3/19/2020**
**s/Stanley R. Chesler, U.S.D.J.**

SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS

/s/ Christopher A. Seeger
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212/584-0700
212/584-0799 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2020 the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed with the Clerk of the Court and served upon all parties of record via ECF, in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules.

/s/ Christopher A. Seeger
Christopher A. Seeger